

1635 Market Street, Suite 1600
Philadelphia, PA 19103
215.586.3751 / 215.359.2741 fax
www.mensinglaw.com

Stephanie J. Mensing
stephanie@mensinglaw.com

July 16, 2019

**Via Email CLW_Orders@njd.uscourts.gov**

The Honorable Cathy L. Waldor
U.S. District Court, District of New Jersey
Martin Luther King Jr. Courthouse 50 Walnut St.
Room 4040, Courtroom 4C
Newark, New Jersey 07101

  **Re: Perloff v. Somo Audience Corp., et al; No. 19-cv-09172-KSH-CLW**

Dear Judge Waldor:

  I represent Brett Perloff in the above-referenced matter, which is scheduled for an initial conference on July 29, 2019 at 10:30 a.m. On behalf of both parties, I am writing to see if Your Honor has availability on July 29, 2019 to conduct a settlement conference in conjunction with the initial conference. The parties have conferred and think it would be beneficial to have an early settlement conference.

  Finally, pursuant to Your Honor's June 24, 2019 Order, attached is the parties' proposed Pretrial Scheduling Order in Word format.

    Respectfully,

    Stephanie J. Mensing

cc: Scott Garrod, Esquire

**The parties' request to hold a settlement conference in conjunction with the initial conference on 7/29/19 at 10:30 AM is GRANTED. All persons, including trial counsel and clients with settlement authority, must be present.**

**SO ORDERED**
**Magistrate Judge Cathy L. Waldor**
**7/25/19**